

09-CV-05150-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JULIE SCHMIDT,

    Plaintiff,

v.

CHILDREN'S PROTECTIVE SERVICES,

    Defendant.

Case No. C09-5150FDB

ORDER DENYING AMENDED MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

On March 31, 2009, the Court entered an order denying Plaintiff leave to proceed *in forma pauperis* and for court-appointed counsel. The Court noted, as well, that the IFP application was incomplete. Petitioner has filed a new application stating that she receives disability and SSI for disabilities, and she states that she receives $112.00 in food stamps. In the previous order, the Court having reviewed Plaintiff's complaint and material submitted therewith also stated that it could not conclude that Plaintiff had demonstrated either a likelihood of success on the merits or an inability to articulate her claim. Plaintiff claims that here children were taken from her based on false reports; she also claims that others have told her that she could "parent" under certain conditions. Under all the circumstances, therefore, Plaintiff's Amended Motion for Leave To Proceed *In Forma Pauperis* will be denied. .

NOW, THEREFORE, IT IS ORDERED: Petitioner's Application to Proceed In Forma Pauperis [Dkt. # 4] is DENIED.

DATED this 29 day of April, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1