UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JULIE SCHMIDT,

    Plaintiff,

v.

CHILDREN'S PROTECTIVE SERVICES,

    Defendant.

Case No. C09-5150FDB

ORDER DENYING APPLICATION FOR COURT-APPOINTED COUNSEL

This court previously denied Plaintiff's application for court-appointed counsel by Order entered March 31, 2009 [Dkt. # 3]. She asserts in this application that an assistant attorney general has made sure that she could not get her records in her case, and also that she has tried to get a lawyer to represent her, but that she has not had enough money to pay the $4,000 – $5,000 down payment that they require. The additional information has not convinced the Court that there are exceptional circumstances requiring appointment of counsel, in view of likelihood of success on the merits and Plaintiff's ability to articulate her case pro se. ACCORDINGLY,

IT IS ORDERED: Plaintiff's Application for Court-Appointed Counsel [Dkt. # 5] is DENIED.

DATED this 6th day of May, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1