

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JULIE SCHMIDT,

    Plaintiff,

v.

CHILDREN'S PROTECTIVE SERVICES,

    Defendant.

Case No. C09-5150FDB

ORDER OF DISMISSAL

By order entered April 29, 2009, this Court denied for the Plaintiff leave to proceed *in forma pauperis*. To date, the filing fee has not been paid. NOW, THEREFORE,

IT IS ORDERED: This cause of action is DIMISSED for failure to pay the filing fee.

DATED this 8th day of June, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1

09-CV-05150-ORD