# United States District Court

WESTERN DISTRICT OF WASHINGTON

JULIE SCHMIDT,

       PLAINTIFF,

            JUDGMENT IN A CIVIL CASE

      v.

CHILDREN'S PROTECTIVE SERVICES,

       DEFENDANT,             CASE NUMBER: C09-5150FDB

\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

This cause of action is DISMISSED with for failure to pay the filing fee.

June 9, 2009                                                                                BRUCE RIFKIN
                                                                                           Clerk

                                                                                           /s/ Pat LeFrois

                                                                                             Deputy Clerk